```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
D3 INTERNATIONAL INC.,                                      :
                                                            :
                        Plaintiff,                          :
                                                            :      21-cv-6409 (LJL)
        -v-                                                 :
                                                            :          ORDER
AGGF COSMETIC GROUP S.P.A. and COSMETICA,                   :
S.R.L.,                                                     :
                                                            :
                        Defendants.                         :
                                                            X
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a hearing on October 13, 2021 at 10:00 a.m. on Defendants' pending motion to dismiss or to compel arbitration. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                                    LEWIS J. LIMAN
                                        United States District Judge