**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
D3 INTERNATIONAL, INC.,

                Plaintiff,                      21 **CIVIL** 6409 (LJL)

       -against-                            **<u>JUDGMENT</u>**

AGGF COSMETIC GROUP S.p.A. and
COSMETICA S.r.l.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Stipulation dated May 31, 2023, Defendant Cosmetica's remaining counterclaims are dismissed without prejudice; Judgment entered in favor of Defendants dismissing the Complaint and in favor of Cosmetica for $7,406.10, the equivalent to the 6718.02 Euros amount set forth in the Order, plus costs to be determined by the clerk.

**Dated:** New York, New York

      June 1, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                        **BY:**

                                                          **Deputy Clerk**